AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Greenaway, Joseph A. | **2. Court or Organization**<br><br>U.S. Court of Appeals for the Third Circuit | **3. Date of Report**<br><br>10/24/2017 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active Article III | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☑ Amended Report | **6. Reporting Period**<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

U.S. P.O. & Federal Courthouse
Federal Square and Walnut St.
Newark, NJ 07101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Associate Editor | ABA Litigation Magazine |
| 2. | Trustee | ▨▨▨▨▨▨▨▨ |
| 3. | Trustee | ▨▨▨▨ |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 94-96 | Johnson & Johnson Employee Savings Plan |
| 2. | 95-96 | Johnson & Johnson Pension Plan |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 10/24/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | [redacted] - teaching | $26,925.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | [redacted] | March 1-5, 2016 | Paris, France | Attend Board of Trustess meeting | transportation, lodging, meals |
| 2. | NY Intellectual Property Law Association | April 1-2, 2016 | New York, NY | Attend dinner in honor of the judiciary | lodging, meal |
| 3. | [redacted] | June 9-11, 2016 | New York, NY | Attend Board of Trustees meeting | transportation, lodging, meals |
| 4. | [redacted] | October 6-8, 2016 | New York, NY | Attend Board of Trustees meeting | transportation, lodging, meals |
| 5. | [redacted] | December 1-4, 2017 | New York, NY | Attend Board of Trustees meeting | transportation, lodging, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 10/24/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit Card | K |
| 2. | Citibank Mastercard | Credit Card | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 10/24/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Merck common stock | A | Dividend | J | T | | | | | |
| 2. Microsoft common stock | B | Dividend | L | T | Buy (add'l) | 06/21/16 | K | | |
| 3. McDonalds common stock | A | Dividend | L | T | Buy (add'l) | 03/16/16 | K | | |
| 4. Johnson & Johnson common stock | E | Dividend | O | T | | | | | |
| 5. U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 6. Citibank (checking & savings) | A | Interest | J | T | | | | | |
| 7. Disney common stock | A | Dividend | K | T | | | | | |
| 8. Intel common stock | A | Dividend | J | T | | | | | |
| 9. Johnson & Johnson 401(k) | A | Interest | N | T | | | | | |
| 10. U.S. Treasury Strips | A | Interest | J | T | | | | | |
| 11. GE common stock | A | Dividend | J | T | | | | | |
| 12. Pfizer common stock | A | Dividend | J | T | | | | | |
| 13. Comcast common stock | A | Dividend | J | T | | | | | |
| 14. Wells Fargo Cash Sweep Program IRA | A | Int./Div. | L | T | | | | | |
| 15. Northwestern Mutual Life Insurance whole life policy | | None | N | T | | | | | |
| 16. Vanguard 401K Healthcare Fund | A | Dividend | K | T | Sold (part) | 02/22/16 | K | A | |
| 17. | | | | | Sold (part) | 09/27/16 | L | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 10/24/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 11/17/16 | K | | |
| 19. Vanguard 401K Total Stock Market Index | B | Dividend | L | T | | | | | |
| 20. Vanguard 401K Dividend Growth | B | Dividend | L | T | | | | | |
| 21. Alphabet common stock | | None | L | T | Buy (add'l) | 03/16/16 | K | | |
| 22. | | | | | Buy (add'l) | 10/31/16 | K | | |
| 23. Apple common stock | A | Dividend | K | T | | | | | |
| 24. AllianceBernstein Large-Cap Growth Fund | | None | J | T | | | | | |
| 25. AllianceBernstein Global Thematic Growth Fund | A | Dividend | J | T | | | | | |
| 26. Oppenheimer Main Street Fund | A | Dividend | J | T | | | | | |
| 27. ADP common stock | A | Dividend | J | T | | | | | |
| 28. Facebook | | None | L | T | | | | | |
| 29. Vanguard Windsor Fund | B | Dividend | L | T | | | | | |
| 30. Vanguard 401K Value Index Fund | B | Dividend | L | T | Buy (add'l) | 02/22/16 | K | | |
| 31. | | | | | Sold (part) | 10/31/16 | K | A | |
| 32. | | | | | Sold (part) | 11/17/16 | K | A | |
| 33. Vanguard 401K Prime Money Market Fund | A | Dividend | J | T | Sold (part) | 06/21/16 | K | A | |
| 34. | | | | | Sold (part) | 11/03/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 6 of 8

**Name of Person Reporting**

Greenaway, Joseph A.

**Date of Report**

10/24/2017

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 11/17/16 | M | A | |
| 36. Chase Bank | A | Interest | K | T | | | | | |
| 37. Vanguard I-T Investment Grade Fund | A | Dividend | | | Sold | 02/22/16 | J | A | |
| 38. Vanguard S-T Investment Grade Fund | A | Dividend | | | Sold | 02/22/16 | J | A | |
| 39. Vanguard 500 Index Fund | A | Dividend | | | Sold | 06/21/16 | K | A | |
| 40. IBM | C | Dividend | L | T | | | | | |
| 41. Neuberger Berman Absolute Return MultiManager CLA | | None | | | Sold | 02/22/16 | M | A | |
| 42. Amazon | | None | L | T | Buy | 03/16/16 | K | | |
| 43. | | | | | Buy (add'l) | 10/31/16 | K | | |
| 44. AT&T (x) | A | Dividend | J | T | | | | | |
| 45. Vanguard Small Cap Index Admiral Fund | A | Dividend | L | T | Buy | 06/21/16 | K | | |
| 46. | | | | | Buy (add'l) | 10/31/16 | K | | |
| 47. Vanguard Mid Cap Value Index Admiral | A | Dividend | K | T | Buy | 06/21/16 | K | | |
| 48. Wellsley Income Admiral Fund | | None | | | Buy | 10/31/16 | K | | |
| 49. | | | | | Sold | 11/17/16 | K | A | |
| 50. Vanguard Wellington Admiral Fund | A | Dividend | L | T | Buy | 11/17/16 | K | | |
| 51. Fidelity Low Priced Stock Fund | B | Dividend | M | T | Buy | 11/17/16 | M | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 10/24/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Comments to Section VII.

On line 15, I list Northwestern Mutual Life Insurance. This policy is a whole life policy.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joseph A. Greenaway**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544